In the Matter of the Claim of VIVIAN GADSON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.

In the Matter of the Claim of JOHN CZAGANY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.